STATE OF NEW JERSEY v. WALTER HANSON.

May 1, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES CROWELL, JR.

May 1, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JIMMIE W. KING.

May 1, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. DONALD HATCHER.

May 1, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT HENDERSON.

May 1, 1973. Petition for certification denied.

LONNIE RICHARDSON v. CONVERTORS, INC.

May 1, 1973. Petition for certification denied.